

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-14-00668-CV

**WEST 17TH RESOURCES, LLC**, Pamela Mika Wolf, and Thomas Mika,
Appellants

v.

Lucian A. **PAWELEK** and Carleen J. Pawelek,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00087-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to June 11, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

Keith E. Hottle
Clerk of Court